**FELL & SPALDING**
By: Stephen R. Bolden, Esquire
I.D. No.: 11951
100 South Broad Street, Suite 2230
Philadelphia, PA 19110
(215) 563-6161

Attorneys For Plaintiff

**JOHN F. INNELLI, LLC**
John F. Innelli
1818 Market St.
Suite 3740
Philadelphia, PA 19103
(267) 238-9884

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lance Yarus, D.O. | : |
| Plaintiff, | : |
| | : Civil Action No.: 2:14-CV-01656- CDJ |
| vs. | : |
| Walgreen Company | : |
| | : JURY TRIAL DEMANDED |
| & | : |
| Walgreen Eastern Co., Inc | : |
| Defendants. | : |

### AMENDED NOTICE OF DEPOSITION FOR WALGREEN COMPANY AND WALGREEN EASTERN CO., INC. TO DESIGNATE ONE OR MORE OFFICERS, DIRECTORS OR MANAGING AGENTS PURSUANT TO RULE 30 (B) 6 TO ATTEND, PRODUCE DOCUMENTS AND TESTIFY

To:  JAMES L. MOORE, JR.
Attorney for Defendant Walgreen Co. and Walgreen Eastern Co., Inc.
Thomas Thomas & Hafer LLP
Four Penn Center Ste 620
1600 John F Kennedy Blvd
Philadelphia, Pa 19103

Please take notice that plaintiff in the above-captioned matter will take the deposition of one or more officers, directors, managing agents or other person or persons designated by Walgreen Co and Walgreen Eastern Co., Inc to testify on Friday, October 10th at 9:00 AM before a Court Reporter at the offices of Fell and Spalding in the Land Title Building, 100 South Broad Street, Suite 2230, Philadelphia, PA 19110. The witness or witnesses will be deposed as to the following matters:

1. The purpose for the prescriber profile
2. The source or sources of all information which is entered into the prescriber profile for any physician prescriber
3. The source or sources of all information which has been entered into the prescriber profile for Lance Yarus, D.O.
4. The meaning of each and every field name or field description which accompanies the prescriber profile sheets for Lance Yarus, D.O.
5. The way in which each entry on each row of the prescriber profile sheets relates to any other entry on the same row
6. The purpose for the separate ID numbers which appear on each sheet of the prescriber profile for Lance Yarus, D.O.

7. The purpose for the separate sheets with separate ID numbers which appear on the prescriber profile.

8. With respect to the prescriber profile sheets bearing the following ID numbers, 5298001224; 5715001634; 6894052486; 11074052556; 3791074508; 37310641841; identify the person, document or other source of information relied upon to make the following entry **"BEING INVESTIGATED BY DEA"** to be entered on each of the above identified prescriber profile sheets.

9. With respect to the above identified prescriber profile sheets; identify the process for validating the veracity of the entry "BEING INVESTIGATED BY DEA"

10. With respect to the above prescriber profile sheets identify all entities and individuals to whom the contents of the entry have been disseminated.

11. The deponent or deponents should also bring with them to the deposition any document not already provided to plaintiff which further explains any of the matters which are the subject of 1 through 8 above.

12. All changes instituted by Walgreens in August 2014 and the reason for such changes

13. All changes as of August 2014 as to who can access the prescriber profile; who can put information into the prescriber profile; and the reasons for changing who can access the prescriber profile, and who can put information into the prescriber profile.

The deposition will continue from day to day until concluded.

Date: 10/1/14

**FELL & SPALDING**

Stephen R. Bolden, Esquire
Pa. Supreme Court Identification No. 11951
Fell & Spalding
2230 Land Title Building
100 S. Broad Street
Philadelphia, PA 19110
T: 215-563-6161
F: 215-563-8330
E: email@fellandspalding.com
Attorney for Plaintiff
Lance Yarus, D.O.

Date: 10/1/14

John F. Innelli, Esquire
Pa. Supreme Court Identification No. 34466
John F. Innelli, LLC
1818 Market Street, Suite 3740
Philadelphia, PA 19103
T: 267-238-9884
F: 215-561-0012
E: jinnelli@innellilaw.com
Attorney for Plaintiff
Lance Yarus, D.O.

4