IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANCE YARUS, D.O.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 14-cv-01656 |
| | : | |
| **WALGREEN CO. and** | : | |
| **WALGREEN EASTERN CO., INC.,** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this  8th  day of December, 2014, upon consideration of Plaintiff's Motion to Compel Defendants to Produce Witnesses and Documents for Depositions, for Sanctions, and to Extend the Fact Discovery Deadline (ECF No. 19), and Defendants' opposition thereto (ECF No. 22); Defendants' Motion for Protective Order (ECF No. 21), and Plaintiff's opposition thereto (ECF No. 23); Defendants' Motion to Compel More Specific Discovery Answers and Plaintiff's Deposition (ECF No. 24), and Plaintiff's opposition thereto (ECF No. 28); and several supplemental briefs filed by both parties in support of these interrelated motions (ECF Nos. 25, 26, 29, 30), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion to Compel (ECF No. 19) is GRANTED with respect to the request to extend the discovery deadline, DENIED AS MOOT with respect to the request to depose a corporate designee, and DENIED in all other respects;

(2) Defendants' Motion for Protective Order (ECF No. 21) is DENIED AS MOOT; and

(3) Defendants' Motion to Compel More Specific Discovery Answers and Plaintiff's

Deposition (ECF No. 24) is GRANTED in part and DENIED AS MOOT in part.[1]

                                        BY THE COURT:

                                        /s/ Lynne A. Sitarski
                                      LYNNE A. SITARSKI
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] By Order dated October 24, 2014, the Honorable C. Darnell Jones, II referred this motion and all future discovery motions to the undersigned for disposition pursuant to 28 U.S.C. § 636(b)(1)(A).  (ECF No. 20).