IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LANCE YARUS, D.O., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.:   14-1656 |
| | : | |
| WALGREEN COMPANY, et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this __1ST__ day of July, 2015, Defendants' motions to preclude Jeffrey Grosso and Emma Grosso from testifying at trial (ECF Nos. 67, 73) and Plaintiff's Responses in opposition thereto (ECF Nos. 71, 78), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that the motions are **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE