Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# Naftulin AND Shick, P.C.

**Attorneys At Law**
40 East Court Street
Doylestown, PA 18901

Jeffrey L. Naftulin°
Linda M. Shick*
°Of Counsel
*Member PA & NJ Bar

Phone: (215) 348-5455
Toll Free: (800) 560-3388
Fax: (215) 348-4007
e-mail: LindaShick@Naftulin-Shick.com
Web Site: Naftulin-Shick.com

May 7, 2009

Walgreens Co.
ATTN: LEGAL DEPARTMENT
1411 Lake Cook Road
Deerfield, IL 60015

Re: Lance O. Yarus, D.O.
D/I: May 1, 2009
Store Location: 2014 S. Broad Street
Philadelphia, PA 19145

Dear Sir or Madam:

Please be advised that I represent Dr. Lance O. Yarus regarding his claims for injuries stemming from Walgreens' actions which constitute libel and slander.

On May 1, 2009, a patient of Dr. Yarus was advised by the Walgreens pharmacy located at 2014 S. Broad Street in Philadelphia that prescriptions written by Dr. Yarus would not be filled as Dr. Yarus is under investigation by the Drug Enforcement Agency [DEA].

The DEA confirmed that Dr. Yarus is not being investigated by their agency. The Walgreens' pharmacy admitted that the Walgreens' computer system warned Dr. Yarus is under investigation and precluded filling any prescriptions written by him. This situation did not come to Dr. Yarus' attention until May 5th, so it is unclear at this point exactly how long Walgreens' system contained such a warning or how long Walgreens refused to fill Dr. Yarus' prescriptions.

Walgreens actions have caused Dr. Yarus significant emotionally duress. They have interfered with his doctor/patient relationships. They have injured his reputation and jeopardized his professional standing.

Walgreens must immediately correct their systems to properly reflect Dr. Yarus' status and good standing. They must cease refusing to fill prescriptions legitimately written by Dr. Yarus. Walgreens also must immediately advise the source of this misinformation, the length of time their system incorrectly flagged Dr. Yarus and the extent of the dissemination of the misinformation.

Please acknowledge your receipt of this notice and advise me of Walgreens' intentions to rectify the damage they have caused to Dr. Yarus and his reputation.

Very truly yours,

Linda M. Shick


EXHIBIT
Shick-1
DCR 4/30/15

LMS/cmc

cc: Walgreens 2014 S. Broad Street

Carol Critelli  Mon Jun 16, 2014                                    Page: 1

Chronological List For: Yarus, Lance vs. Walgreens
Date: Mon Jun 16, 2014
Client ID:
Matter ID:

E-mail to 'lindashick@naftulin-shick.com'
Fri Aug 13, 10 - 4:44 PM
Subject: Yarus
Contact: Lindashick@Naftulin-Shick.Com

E-mail to 'lindashick@naftulin-shick.com'
Fri Aug 13, 10 - 4:44 PM
Subject: Yarus
Contact: Lindashick@Naftulin-Shick.Com

E-mail to 'lindashick@naftulin-shick.com'
Wed Aug 11, 10 - 9:42 AM
Subject: RE: Yarus v. Walgreens
Contact: Lindashick@Naftulin-Shick.Com

E-mail to 'lindashick@naftulin-shick.com'
Wed Aug 11, 10 - 9:42 AM
Subject: RE: Yarus v. Walgreens
Contact: Lindashick@Naftulin-Shick.Com

E-mail to 'lindashick@naftulin-shick.com'
Wed Aug 11, 10 - 9:12 AM
Subject: Yarus v. Walgreens
Contact: Lindashick@Naftulin-Shick.Com

E-mail to 'lindashick@naftulin-shick.com'
Wed Aug 11, 10 - 9:12 AM
Subject: Yarus v. Walgreens
Contact: Lindashick@Naftulin-Shick.Com

E-mail to 'lindashick@naftulin-shick.com'
Fri Jul 30, 10 - 2:05 PM
Subject: RE: Re: Dr. Yarus
Contact: Lindashick@Naftulin-Shick.Com

E-mail to 'lindashick@naftulin-shick.com'
Fri Jul 30, 10 - 2:05 PM
Subject: RE: Re: Dr. Yarus
Contact: Lindashick@Naftulin-Shick.Com

Sunday January 3, 2010 - Done - SOL: 05/01/10
Client work - general
Priority: Done
Attorney(s) assigned: Linda Shick, Christopher Greenawalt, Ryan Relyea, Carol Critelli, Tammy Seifert

Tuesday September 15, 2009 - Done - status??
Client work - general
Priority: Done
Notes: per LMS on 8/19 - No. He is happy for now. Just keep shadow file with all emails
Per LMS on 9/15 - No - we are just holding materials in the event it happens again.
Attorney(s) assigned:

Tuesday August 18, 2009 - Done - call Mr. Freeman - what is going on?
Client work - general
Priority: Done
Notes: VM 8/12 - he is in a meeting all day today; VM 8/13; VM 8/17
We aren't filing suit but Lance will want to know what they found and what they are doing to resolve
Attorney(s) assigned:

Mon Aug 17, 09 - 2:27 PM - Phone Call
From Mr. Michael Freeman, Esq - 914-4578



Carol Critelli  Mon Jun 16, 2014                                           Page: 2

Spoke, duration 00:02:14
Contact: Mr. Michael Freeman, Esq
Notes: He spoke to the district manager and remark was removed from computer system, etc. They also counseled all staff and reprernanded them. He said the computer system does not hold history so they have no idea how the remark was put on. The patient is still filling scripts from Dr. Yarus at Walgreens. He apologized and said he would even have the DM contact Dr. Yarus and apologize for any inconvienence this caused.

Friday June 5, 2009 - Done - LMS speak to Mr. Freeman?
Client work - general
Priority: Done
Notes: per LMS on 5/26 - tickle 1 week for me to speak to him
Attorney(s) assigned:

Wed May 27, 09 - 4:33 PM - Phone Call
From Mr. Michael Freeman, Esq - 914-4578
Spoke, duration 00:00:04
Contact: Mr. Michael Freeman, Esq
Notes: Michael Freeman returned my call. I told him you wanted to speak to him. He has pharmacy services looking into the issue. 847-315-4230. I'll put the msg on your desk too

Carol Critelli Mon Jun 16, 2014

Page: 1

E-mail

From: Ryan R. Relyea
Date: Fri Aug 13, 10 - 4:44 PM - E-mail
To: 'lindashick@naftulin-shick.com'
CC:
Subject: Yarus

Contact: Lindashick@Naftulin-Shick.Com
File: Yarus, Lance vs. Walgreens -

Correspondence received via fax from Brett Stacey @ Walgreens attached hereto

Ryan R. Relyea

Paralegal
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA 18901
215-348-5455
800-560-3388
fax 215-348-4007
ryan.relyea@Naftulin-Shick.com <mailto:LindaShick@Naftulin-Shick.com>

Attachments: Brett Stacey re Yarus.pdf

Carol Critelli  Mon Jun 16, 2014

Page: 1

E-mail

From:     Ryan R. Relyea
Date:     Wed Aug 11, 10 - 9:42 AM - E-mail
To:       'lindashick@naftulin-shick.com'
CC:
Subject:  RE: Yarus v. Walgreens

Contact:  Lindashick@Naftulin-Shick.Com
File:     Yarus, Lance vs. Walgreens -

Brett.Stacey@walgreens.com


Ryan R. Relyea

Paralegal
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA 18901
215-348-5455
800-560-3388
fax 215-348-4007
ryan.relyea@Naftulin-Shick.com <mailto:LindaShick@Naftulin-Shick.com>


From: Linda Shick [mailto:lindashick@naftulin-shick.com]
Sent: Wednesday, August 11, 2010 9:39 AM
To: ryan.relyea@naftulin-shick.com
Subject: Re: Yarus v. Walgreens


Do you have Brett's email address?

Linda M. Shick, Esquire
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA 18901
215-348-5455
800-560-3388
fax 215-348-4007
LindaShick@Naftulin-Shick.com

On Aug 11, 2010, Ryan R. Relyea <ryan.relyea@naftulin-shick.com> wrote:

   Your friendly Wednesday morning reminder to call Brett Stacey today.


Ryan R. Relyea

Paralegal
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA 18901
215-348-5455
800-560-3388

Carol Critelli  Mon Jun 16, 2014

Page: 2

fax 215-348-4007
ryan.relyea@Naftulin-Shick.com

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.851 / Virus Database: 271.1.1/3063 - Release Date: 08/11/10 02:34:00

Carol Critelli  Mon Jun 16, 2014     Page: 1

E-mail

From: Ryan R. Relyea
Date: Fri Jul 30, 10 - 2:05 PM - E-mail
To: 'lindashick@naftulin-shick.com'
CC:
Subject: RE: Re: Dr. Yarus

Contact: Lindashick@Naftulin-Shick.Com
File: Yarus, Lance vs. Walgreens -

That'll be $750.

Ryan R. Relyea

Paralegal
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA 18901
215-348-5455
800-560-3388
fax 215-348-4007
ryan.relyea@Naftulin-Shick.com <mailto:LindaShick@Naftulin-Shick.com>

From: Linda Shick [mailto:lindashick@naftulin-shick.com]
Sent: Friday, July 30, 2010 1:49 PM
To: Ryan.Relyea@Naftulin-Shick.com
Subject: Fwd: Re: Dr. Yarus

Linda M. Shick, Esquire
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA 18901
215-348-5455
800-560-3388
fax 215-348-4007
LindaShick@Naftulin-Shick.com

---------- Forwarded message ----------
From: Lance Yarus <lance1@windstream.net>
Date: Jul 30, 2010
Subject: Re: Dr. Yarus
To: lindashick@naftulin-shick.com <lindashick@naftulin-shick.com>

Thanx so I hope this means it is over and certainly not true. Can we get a written statement from him on stationery. I dont trust them

Sent from my iPhone

On Jul 30, 2010, at 12:01 PM, "Linda M. Shick" <lindashick@naftulin-shick.com> wrote:

> Linda M. Shick-- Sent from my Verizon Wireless BlackBerry

Carol Critelli  Mon Jun 16, 2014                                                              Page: 2

From: Brett.Stacey@walgreens.com

Date: Fri, 30 Jul 2010 10:58:12 -0500

To: <LindaShick@naftulin-shick.com>

Subject: Re: Dr. Yarus

Linda:

I have confirmed all comments have been removed. I understand you are busy today. I am around Monday and most of next week.

Thanks,

Brett Stacey

Walgreen Co.
Senior Attorney, Litigation Regulatory Law
104 Wilmot Road, MS #1437
Deerfield, IL 60015
brett.stacey@walgreens.com
847-315-4225
847-315-4826 Fax

This message and any attachments are intended for the use of the intended recipient(s) only and may be covered by the attorney client and other privileges. Any unauthorized disclosure, copying, distribution, or unauthorized use of the contents of this message and any attachments is prohibited. If you have received it in error, please notify the sender immediately and delete the original.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.851 / Virus Database: 271.1.1/3036 - Release Date: 07/30/10 02:34:00

# NAFTULIN AND SHICK, P.C.

ATTORNEYS AT LAW
40 EAST COURT STREET
DOYLESTOWN, PA 18901

JEFFREY L. NAFTULIN°
LINDA M. SHICK*
°OF COUNSEL
*MEMBER PA & NJ BAR

PHONE: (215)348-5455
TOLL FREE: (800)560-3388
FAX: (215)348-4007
E-MAIL: LINDASHICK@NAFTULIN-SHICK.COM
WEB SITE: NAFTULIN-SHICK.COM

July 26, 2010

Walgreens Co. Legal Department
ATTN: Brett Stacey, Esquire
104 Wilmot Road
Mail Stop 1437
Deerfield, IL 60015

Re:  Lance O. Yarus, D.O.
     D/I: July 23, 2010
     Store Location:   5627 Germantown Avenue
                       Philadelphia, PA 19132
     Store Number:     5298



EXHIBIT
Shick - 3
Dan 4/21/17

Dear Mr. Stacey:

Please be advised that I represent Dr. Lance O. Yarus regarding his claims for injuries stemming from Walgreens' actions which constitute libel and slander. This is the second time within a year that this has been an issue with Walgreens. A copy of the first letter dated May 7, 2009 is provided for your reference.

Based on Michael Freeman, Esquire's assurances that this matter was being handled, Dr. Yarus declined to file a civil action against Walgreens for libel and slander. However, his reputation is again being harmed by Walgreens' employees spreading false information to his patients and the general public.

On July 23, 2010, a patient of Dr. Yarus was advised by the Walgreens' pharmacy located at 5627 Germantown Avenue in Philadelphia that prescriptions written by Dr. Yarus would not be filled as Dr. Yarus is under investigation.

Dr. Yarus is not being investigated by any agency. The Walgreens pharmacy personnel admitted that the Walgreens' computer system warned them that Dr. Yarus is under investigation and precluded filling any prescriptions written by him. It is unclear at this point exactly how long Walgreens' system contained such a warning or how long Walgreens has refused to fill Dr. Yarus' prescriptions.

Walgreens actions have caused Dr. Yarus significant emotionally duress. They have interfered with his doctor/patient relationships. They have injured his reputation and jeopardized his professional standing.

July 26, 2010
Page 2

    Walgreens must immediately correct their systems to properly reflect Dr. Yarus' status and good standing. They must cease refusing to fill prescriptions legitimately written by Dr. Yarus. Walgreens also must immediately advise the source of this misinformation, the length of time their system incorrectly flagged Dr. Yarus, and the extent of the dissemination of the misinformation.

    Please acknowledge your receipt of this notice and advise me of Walgreens' intentions to rectify the damage they have caused to Dr. Yarus and his reputation.

                                                         Very truly yours,

                                                         Linda M. Shick

LMS/cmc

cc:   Dr. Lance Yarus
       Walgreens 5627 Germantown Avenue Philadelphia PA 19132



Linda Shick
<lindashick@naftulin-shick.com>

08/03/2010 11:25 AM

Please respond to
lindashick@naftulin-shick.com

To  Brett.Stacey@walgreens.com
cc
bcc
Subject  Re: Re: Dr. Yarus

History:  This message has been replied to.

Brett: Dr. Yarus wants a letter on Walgreens' letterhead explaining how and why the notation re his being under investigation was entered into Walgreens' computer system; and an explanation of what was done to correct it.  Linda

Linda M. Shick, Esquire
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA 18901
215-348-5455
800-560-3388
fax 215-348-4007
LindaShick@Naftulin-Shick.com

On Jul 30, 2010, Brett.Stacey@walgreens.com wrote:

> Linda
>
> I have confirmed all comments have been removed.  I understand you are busy today.  I am around Monday and most of next week
>
> Thanks,
>
> Brett Stacey
> Walgreen Co.
> Senior Attorney, Litigation & Regulatory Law
> 104 Wilmot Road, MS #1437
> Deerfield, IL 60015
> brett.stacey@walgreens.com
> 847-315-4235
> 847-315-4836 Fax
>
> This message and any attachments are intended for the use of the intended recipient(s) only and may be covered by the attorney client and other privileges.  Any unauthorized disclosure, copying, distribution, or unauthorized use of the contents of this message and any attachments is prohibited.  If you have received it in error, please notify the sender immediately and delete the original.



Brett Stacey/Corp/Walgreens         To   lindashick@naftulin-shick.com
08/03/2010 12:02 PM                 cc
                                    bcc
                                    Subject   Re: Re: Dr. Yarus

I'll see if what I can put together. Please give me until early next week as I am traveling and have a number of meetings scheduled. As mentioned in my prior emails, the comments have been removed. While I don't anticipate any problems, if any of his patients have a similar issue, please advise.

Thanks-

Brett Stacey

Walgreen Co.
Senior Attorney, Litigation & Regulatory Law
104 Wilmot Road, MS #1437
Deerfield, IL 60015
brett.stacey@walgreens.com
847-315-4225
847-315-4826 Fax

This message and any attachments are intended for the use of the intended recipient(s) only and may be covered by the attorney client and other privileges. Any unauthorized disclosure, copying, distribution, or unauthorized use of the contents of this message and any attachments is prohibited. If you have received it in error, please notify the sender immediately and delete the original.
Linda Shick <lindashick@naftulin-shick.com>



Linda Shick
<lindashick@naftulin-shick.com>        To   Brett.Stacey@walgreens.com
                                       cc
08/03/2010 11:25 AM
Please respond to                      Subject   Re: Re: Dr. Yarus
lindashick@naftulin-shick.com

Brett: Dr. Yarus wants a letter on Walgreens' letterhead explaining how and why the notation re his being under investigation was entered into Walgreens' computer system; and an explanation of what was done to correct it. Linda

Linda M. Shick, Esquire
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA 18901
215-348-5455
800-560-3388
fax 215-348-4007
LindaShick@Naftulin-Shick.com



EXHIBIT
Shick-5
Oa-4/20/15

Walgreen017



| | |
|---|---|
| Linda Shick <lindashick@naftulin-shick.com> | To  Brett.Stacey@walgreens.com |
|  | cc  Ryan.Relyea@Naftulin-Shick.com |
| 08/11/2010 09:48 AM | bcc |
| Please respond to lindashick@naftulin-shick.com | Subject  Yarus v. Walgreens |

History: 🗘 This message has been replied to.

Brett: Dr. Yarus is still waiting for a letter from a person in authority at Walgreens explaining how the notations about him entered Walgreens' computer system; why the notations entered Walgreens' computer system; why his patients were told he was "under investigation"; and assurance that it has been removed from the system. Please advise. Linda

Linda M. Shick, Esquire
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA  18901
215-348-5455
800-560-3388
fax 215-348-4007
LindaShick@Naftulin-Shick.com



EXHIBIT
Shick-6
Pa 4/20/15

Walgreen016



Linda Shick
<lindashick@naftulin-shick.com>

08/11/2010 01:46 PM

Please respond to
lindashick@naftulin-shick.com

To: Brett.Stacey@walgreens.com
cc: Ryan.Relyea@Naftulin-Shick.com
bcc:
Subject: Re: Re: Yarus v. Walgreens

Of course, I am willing to discuss it, but because this is the second time Walgreens has told Dr. Yarus' patients that he is under investigation in a short time period, Dr. Yarus wants a writing. Walgreens has hurt his reputation with his patients.

Linda M. Shick, Esquire
NAFTULIN and SHICK, PC
40 East Court Street
Doylestown, PA 18901
215-348-5455
800-560-3388
fax 215-348-4007
LindaShick@Naftulin-Shick.com

On Aug 11, 2010, Brett.Stacey@walgreens.com wrote:

> Linda:
>
> We continue to look into the origin of the notation. As confirmed last week, the comment has been removed.
>
> Would you have time to discuss tomorrow or Friday?
>
> Brett Stacey
>
> Walgreen Co.
> Senior Attorney, Litigation & Regulatory Law
> 104 Wilmot Road, MS #1457
> Deerfield, IL 60015
> brett.stacey@walgreens.com
> 847-315-4225
> 847-315-4826 Fax
>
> This message and any attachments are intended for the use of the intended recipient(s) only, and may be covered by the attorney client and other privileges. Any unauthorized disclosure, copying, distribution, or unauthorized use of the contents of this message and any attachments is prohibited. If you have received it in error, please notify the sender immediately and delete the original.

Linda Shick <lindashick@naftulin-shick.com>

08/10/2010 08:47 AM

Please respond to
lindashick@naftulin-shick.com

To: Brett.Stacey@walgreens.com
cc: Ryan.Relyea@Naftulin-Shick.com
Subject: Yarus v. Walgreens



Walgreen020

WALGREENS LAW DEPT.    Fax:9473154826        Aug 13 2010  15:08        P. 02



The Pharmacy America Trusts - Since 1901

Law Department

August 13, 2010

Lance O. Yarus, M.D.
1233 Locust St.
1st Floor
Philadelphia, PA 19107

Dear Dr. Yarus:

Walgreens' reputation as "The Pharmacy America Trusts" is built on high professional standards, continuous quality improvement with every prescription we fill, and caring and effective communication with patients and their providers. Your attorney, Linda Shick, has expressed to me your concerns regarding interactions with your patients in late July and early August at various Walgreens - specifically statements that were made to your patients as a result of comments entered into your prescriber profile on our pharmacy system.

While our pharmacy system tracks pharmacy personnel involved in the filling and dispensing of prescriptions, I have been advised that we do not have the ability to identify historical data pertaining to the prescriber profile (such as the identity of pharmacy staff that entered comments). Two District Pharmacy Supervisors are currently investigating whether they can otherwise identify pharmacy staff that entered the comment into the prescriber profile so as to learn the rationale/basis for the notation.

In the meantime, I can confirm that all comments have since been removed from your prescriber profile. I will also have a District Pharmacy Supervisor monitor your prescriber profile each week for comments. Should a comment be entered, we can highlight prescriptions filled during that week so as to identify staff that filled your prescriptions and investigate accordingly.

I am hopeful that this proposal is acceptable. If you have any immediate questions or concerns, I would be happy to speak with Ms. Shick in further detail. I thank you for your continued understanding and patience with regard to this matter.

Very truly yours,

WALGREEN CO.

Brett Stacey
Senior Attorney

WALGREEN CO. LITIGATION & REGULATORY LAW DEPARTMENT
104 WILMOT RD., 3rd Floor, MS 1437, DEERFIELD, ILLINOIS 60015
DIRECT PHONE (847) 315-4225 FAX (847) 315-4826
E-MAIL brett.stacey@walgreens.com

EXHIBIT
Shick-8
Da 4/28/15

**Sharon Eder    267-616-1828**

Prescription written by Dr. Yarus on 2/24/2011 for oxycodone 30mg. The patient left our Locust Street office following her appointment and went to Walgreen's Pharmacy at Broad & Snyder in Philadelphia. She arrived at the pharmacy at approximately 2 p.m.

She was told by a female (Indian woman) in her mid 30's to mid 40's "that her prescription could not be filled because there was a problem with Dr. Yarus' board". "She made a big show about it too". She thought maybe this woman was the pharmacy manager, but not sure. Unable to get this persons name from the patient. Sharon said "It really concerned me as to why it couldn't be filled".



**Kurt Montgomery 267-616-1828**

He had an appointment with Dr. Yarus on 2/10/2011. He was given 3 prescriptions:
*oxycodone 30 mg
*Xanax 1 mg
*OxyIR 5 mg

He went to the Walgreen's pharmacy at 24th & Oregon in Philadelphia and was unable to get his prescriptions filled. The female pharmacist there (Caucasian) would not fill the medication because there was a problem with Dr Yarus' boards. He asked "Is there a problem with the prescription?" and the pharmacist said "No, but there is a problem with Dr. Yarus' boards and I won't fill the prescription". He then went to another pharmacy and had the medication filled. This pharmacist also made a big deal out of not filling the medications with other customers and employees nearby. He said "I was stunned and very upset about this".



**PHONE CALL**

| | |
|---|---|
| FOR | DATE 10/12  TIME 3:36 PM |
| M Michael Tremont | |
| OF Walgreens | |
| PHONE/MOBILE 847-315-4230  FAX | |
| MESSAGE re: Yanik | ☑ TELEPHONED |
| | ☐ RETURNED YOUR CALL |
| Looking to palm ___ | ☑ PLEASE CALL |
| | ☐ WILL CALL AGAIN |
| | ☐ CAME TO SEE YOU |
| | ☐ WANTS TO SEE YOU |
| SIGNED | |

EXHIBIT
Shick-10
Day 4/30/15