IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LANCE YARUS, D.O.,                          :
                                            :
    Plaintiff,                          :
                                            :          CIVIL ACTION
                                            :          NO. 14-1656
           v.                       :
                                            :
WALGREEN COMPANY and                        :
WALGREEN EASTERN CO., INC.,                 :
                                            :
    Defendants,                         :

**<u>ORDER</u>**

AND NOW, this 24th of August, 2015, upon consideration of Defendants' Motion, (Dkt No. 84), and Memorandum of Law, (Dkt No. 84-2), to add to the verdict slip or alternatively to join as third-party Defendants, James Tinnyo, Esq. and the Law Firm of Thomas, Thomas & Hafer, LLP (collectively the "Tinnyo Parties"), Plaintiff's Response, (Dkt No. 88), Plaintiff's Amended Complaint, (Dkt No. 10), Defendants' Answer to Plaintiff's Amended Complaint (Dkt No. 12), the expert report of Dr. Paul M. DiKun, (Dkt No. 84-5; Dkt No. 88-5; Dkt No. 89-24), the expert report of Dr. Nicholas DePace (Dkt No. 84-6; Dkt No. 88-6; Dkt No. 89-25), and the Joint Tortfeasor Release, Confidentiality and Indemnity Agreement found in a previous settlement between Plaintiff and the Tinnyo Parties (Dkt No. 84-10), it is hereby ORDERED that said Motion, (Dkt No. 84), is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II    J.