UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-2955
_____

LANCE YARUS, D.O.,
                      Appellant
v.

WALGREEN CO.;
WALGREEN EASTERN CO., INC.
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Civ. Action No. 2:14-cv-01656)
District Judge: Honorable C. Darnell Jones, II
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
April 16, 2018
_____

Before: GREENAWAY, JR., RENDELL, and FUENTES, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on April 16, 2018. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the orders of the District Court entered on October 9, 2015 and August 15, 2017 are hereby AFFIRMED.

Costs are taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 13, 2018

Costs taxed in favor of Appellees as follows:

| | |
|---|---|
| Brief | $154.02 |
| TOTAL | $154.02 |

Certified as a true copy and issued in lieu of a formal mandate on  8/1/18

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**